IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIMOTHY TERRELL LEWIS,

   Plaintiff,

    v.

SCOTT LEWIS
P.A., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-1130-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action as barred by the statute of limitations. The Plaintiff complains of the lack of medical treatment that he received as an inmate of the Atlanta Federal Penitentiary. He filed this lawsuit more than three years after he left Atlanta. The statute of limitations began to run when the Plaintiff knew or should have known that the medical staff was indifferent to his medical needs. The statute of limitations was not tolled until the Plaintiff received a definitive diagnosis of an abdominal hernia. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

T:\ORDERS\14\Lewis\r&r.wpd

SO ORDERED, this 30 day of May, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge